DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '09 APR 30 14:08 USDC-ORE

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

Cynthia Moore

        **Plaintiff,**

vs.                                                         Civil No. 07-cv-00368-HO

Commissioner of Social Security

        **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

    Pursuant to Stipulation, and good cause appearing therefore,

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $5.92, costs in the amount of $9.30, and attorney's fees in the amount of $5155.63, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 30th day of April, 2009.

_____
Michael R. Hogan
Judge

Page 1 - ORDER GRANTING AWARD OF EAJA FEES